IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

    v.

**THE MISSION ESSENTIAL
GROUP, LLC,**

    **Defendant.**

Civil Action 2:23-cv-3365
Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

For good cause shown by Plaintiff and upon Defendant's agreement at the November 28, 2023 Preliminary Pretrial Conference, Plaintiff's Motion for Leave to Proceed Pseudonymously, with Memorandum in Support (ECF No. 3) is **GRANTED** as follows. Plaintiff shall be **PERMITTED** to proceed pseudonymously as "John Doe" on the docket and in all pleadings and documents to be filed on the public record. Plaintiff is **DIRECTED** to: (i) send Plaintiff's true identity to Defendant, to the extent Defendant does not already know Plaintiff's true identity; and (ii) file with the Court **EX PARTE AND UNDER SEAL** a copy of the Complaint bearing Plaintiff's true identity within **SEVEN (7) DAYS** of the date of this Order.

    **IT IS SO ORDERED**.

Date: November 30, 2023            /s/ *Elizabeth A. Preston Deavers*
                                                     ELIZABETH A. PRESTON DEAVERS
                                                     UNITED STATES MAGISTRATE JUDGE