# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 02, 2024

Mr. Kip Thomas Bollin
Thompson Hine
127 Public Square
Suite 3900
Cleveland, OH 44114

Mr. Terence Coates
Markovits, Stock & DeMarco
119 E. Court Street
Suite 530
Cincinnati, OH 45202

Mr. Dylan J. Gould
Markovits, Stock & DeMarco
119 E. Court Street
Suite 530
Cincinnati, OH 45202

Mr. Steven Gordon Stransky
Thompson Hine
127 Public Square
Suite 3900
Cleveland, OH 44114

Re:  Case No. 24-3815, *John Doe v. The Mission Essential Group, LLC*
     Originating Case No. : 2:23-cv-03365

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 24-3815

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOHN DOE, on behalf of himself and all others similarly situated

    Plaintiff - Appellant

v.

THE MISSION ESSENTIAL GROUP, LLC

    Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                         **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: December 02, 2024